IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CALEB JASON OLSON,<br><br>　　　　　　Defendant. | CR 22-136-BLG-SPW<br><br>ORDER |

Defendant having filed a Motion with Intent to Change Plea (Doc. 16) on December 28, 2022,

**IT IS HEREBY ORDERED** that the trial set for February 13, 2023 at 9:00 a.m. is **VACATED**.

**IT IS FURTHER ORDERED** that a change of plea hearing is set for **Wednesday, January 11, 2023 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty.   The time between December 28,

1

2022 and January 11, 2023 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

DATED this 29th day of December, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge